

**FILED**

2003 OCT 30 P 4: 56

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JENNIFER MEYERS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.<br><br>Defendants. | CASE NUMBER:<br>3:03CV903(WWE)<br><br><br>September 23, 2003 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this case is dismissed with prejudice and without costs to any party.

| | |
|---|---|
| **JENNIFER MEYERS,**<br>By Her Attorneys<br><br>**Willcutts Law Group, LLC**<br><br>_/s/_<br><br>Thomas P. Willcutts, ct09422<br>Edward M. Rosenthal, ctT12958<br>Capital Place, 21 Oak Street<br>Hartford, CT 06106<br>(860) 524-6800 | **AMERICAN HONDA MOTOR CO., INC.**<br>By Its Attorneys<br><br>**Campbell Campbell Edwards & Conroy**<br>Professional Corporation<br><br>_/s/_<br><br>James M. Campbell, ct09276<br>Russell X. Pollock, ct16078<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000 |