RECEIVED

FILED

2003 OCT 30 P 4:56

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JENNIFER MEYERS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.<br><br>Defendants. | CASE NUMBER:<br>3:03CV903(WWE)<br><br><br><br>September 23, 2003 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this case is dismissed with prejudice and without costs to any party.

APPROVED and SO ORDERED
Warren W. Eginton, Sr. USDJ
Bridgeport, CT  10/31/03

JENNIFER MEYERS,
By Her Attorneys

Willcutts Law Group, LLC

Thomas P. Willcutts, ct09422
Edward M. Rosenthal, ctT12958
Capital Place, 21 Oak Street
Hartford, CT 06106
(860) 524-6800

AMERICAN HONDA MOTOR CO., INC.
By Its Attorneys

Campbell Campbell Edwards & Conroy
Professional Corporation

James M. Campbell, ct09276
Russell X. Pollock, ct16078
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

FILED 2003 OCT 31 US DISTRICT BRIDGEPORT