UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV -4 P 12: 19
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| JENNIFER MEYERS, | ) |
| Plaintiff, | ) CASE NUMBER:<br>) 3:03CV903(WWE) |
| v. | ) |
| AMERICAN HONDA MOTOR CO., INC. | ) |
| Defendants. | ) October 28, 2003 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this case is dismissed with prejudice and without costs to any party.

| | |
|---|---|
| **JENNIFER MEYERS,**<br>By Her Attorneys | **AMERICAN HONDA MOTOR CO., INC.**<br>By Its Attorneys |
| **Willcutts Law Group, LLC** | **Campbell Campbell Edwards & Conroy**<br>Professional Corporation |
| Thomas P. Willcutts, ct09422<br>Edward M. Rosenthal, ctT12958<br>Capital Place, 21 Oak Street<br>Hartford, CT 06106<br>(860) 524-6800 | James M. Campbell, ct09276<br>Russell X. Pollock, ct16078<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000 |