*03cv903 stip dism*

*15*

FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

2003 NOV -4 P 12: 19

US DISTRICT COURT
/S BRIDGEPORT CT

|  |  |  |
|---|---|---|
| JENNIFER MEYERS, | ) | |
| | ) | **CASE NUMBER:** |
| Plaintiff, | ) | **3:03CV903(WWE)** |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN HONDA MOTOR CO., INC. | ) | |
| | ) | October 28, 2003 |
| Defendants. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this case is dismissed with prejudice and without costs to any party.

APPROVED and SO ORDERED

Warren W. E[illegible]

11/10/03

**JENNIFER MEYERS,**
By Her Attorneys

**Willcutts Law Group, LLC**

Thomas B. Willcutts, ct09422
Edward M. Rosenthal, ct12958
1 Capital Place, 21 Oak Street
Hartford, CT 06106
(860) 524-6800

**AMERICAN HONDA MOTOR CO., INC.**
By Its Attorneys

**Campbell  Campbell Edwards & Conroy**
Professional Corporation

James M. Campbell, ct09276
Russell X. Pollock, ct16078
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

2003 NOV
US DIST
B[illegible]